## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| BAWI HMUNG, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-25-1303-J |
| | ) | |
| PAMELA J. BONDI, et. al., | ) | |
| | ) | |
| Respondents. | ) | |

## <u>ORDER</u>

Petitioner, a noncitizen and Burma national, filed a Verified Petition for Writ of Habeas Corpus challenging his detention with the United States Immigration and Customs Enforcement (ICE). The matter was referred for initial proceedings to United States Magistrate Judge Shon T. Erwin consistent with 28 U.S.C. § 636(b)(1)(B), (C). Judge Erwin has issued a Report and Recommendation recommending that the Court grant Petitioner's Petition to the extent it requests habeas relief under 28 U.S.C. § 2241 and order him released from ICE detention. [Doc. No. 13]. Respondents did not object by the December 16, 2025 deadline, *see id.* at 10, thus waiving de novo review. *See* Fed. R. Civ. P. 72(b)(3). As such, the Court reviews the Report and Recommendation only to "confirm that there is no clear error on the face of the record." *Barnett v. Oklahoma State Reformatory*, No. CIV-25-248-J, 2025 WL 2205827, at *1 (W.D. Okla. Aug. 4, 2025).

With that review, the Court ADOPTS the Report and Recommendation [Doc. No. 13]. It is thorough and well-reasoned, and the Court agrees with Judge Erwin's conclusion that Petitioner met his burden and Respondents did not. Accordingly, Petitioner's Verified Petition for Writ of Habeas Corpus [Doc. No. 1] is GRANTED to the extent it requests habeas relief under 28 U.S.C. § 2241 and Respondents are ordered to immediately RELEASE Petitioner, subject to the terms of an appropriate Order of Supervision if so required.

IT IS SO ORDERED this 17th day of December, 2025.


BERNARD M. JONES
UNITED STATES DISTRICT JUDGE